No. 190. Rubsam *v.* Harley C. Loney Co., *ante,* p. 833;

No. 193. Taylor *v.* United States, *ante,* p. 834;

No. 204. Lurie et al. *v.* United States, *ante,* p. 835;

No. 261. Swafford *v.* Atlantic Coast Line Railroad Co., *ante,* p. 807;

No. 325. Peony Park, Inc. et al. *v.* O'Malley, Collector of Internal Revenue, et al., *ante,* p. 845;

No. 345. Sterling *v.* Local 438, Liberty Association of Steam & Power Pipe Fitters & Helpers Association, et al., *ante,* p. 875;

No. 40, Misc. Verceles *v.* Illinois, *ante,* p. 864; and

No. 109, Misc. Brabson *v.* New York, *ante,* p. 854. Petitions for rehearing denied.

November 21, 1955.

No. 18. Jew Sing *v.* Barber, District Director, Immigration and Naturalization Service. Certiorari, 348 U. S. 910, to the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The judgment of the Court of Appeals is vacated and the case is remanded to the District Court with directions to dismiss the petition for writ of habeas corpus upon the ground that the cause is moot. *Joseph S. Hertogs* for petitioner. *Solicitor General Sobeloff* for respondent.

No. 436. Cahill *v.* New York, New Haven & Hartford Railroad Co. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed.* Mr. Justice Reed believes certiorari should have been denied and dissents from the judgment of reversal. Mr. Justice

---

*Amended May 14, 1956. 351 U. S. 183.